IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ADRIAN RIVERA-CORDERO,

    Plaintiff,

vs.                                                                                                                                                                 No. 2:20-cv-01106-KWR-GBW

MANAGEMENT AND TRAINING
CORP., R. HERNANDEZ, RN,
R. PARRA, LVN, A. URLING, LVN,
G. SANDOVAL, LVN, A. RUSSELL,
LVN, JAMIE BAUTISTA, in his individual
capacity, PETE SOLTERO, in his individual
capacity, SERGIO CROSBY, in his
individual capacity, the UNITED STATES
OF AMERICA, SOUTHWESTERN EYE
CENTER, LTD., and
DR. ROBERT VILLALOBOS, M.D.,

    Defendants.

## STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS SOUTHWESTERN EYE CENTER, LTD. AND ROBERT VILLALOBOS, M.D.

**THIS MATTER** came before the Court on Plaintiff Adrian Rivera-Cordero, and Defendants Southwestern Eye Center, Ltd. and Robert Villalobos, M.D., (collectively "the Parties") Stipulation of Dismissal. The Court **FINDS** the Motion is **WELL-TAKEN** and **GRANTED.**

**IT IS THEREFORE ORDERED** that Defendants Southwestern Eye Center, Ltd. and Robert Villalobos, M.D. are hereby **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED.**

                                                  **KEA W. RIGGS**
                                          **UNITED STATES DISTRICT JUDGE**

2

**SUBMITTED BY:**

HARRISON & HART, LLC

By */s/ Ramón A. Soto*_____

Ramón A. Soto
Carter B. Harrison
Daniel J. Gallegos
924 Park Avenue SW, Suite E
Albuquerque, NM 87102
505-295-3261 ext.104
ramon@harrisonhartlaw.com
carter@harrisonhartlaw.com
daniel@harrisonhartlaw.com

*Attorneys for Plaintiff*


**APPROVED BY:**

*/s/ Jennifer D. Hall (approved via email on January 14, 2022)*
Jennifer D. Hall
Miller Stratvert PA
500 Marquette NW
Suite 1100
Albuquerque, NM 87102
Telephone: (505) 842-1950
Facsimile: (505) 243-4408
Jhall@mstlaw.com

*Attorneys for Defendants Southwestern Eye Center Ltd., and Robert Villalobos, M.D.*

2